# UNITED STATES DISTRICT COURT

for the

Northern District of California

<table>
<tr><td>

JOHN CRAWFORD, BRADLEY HUBER, aKEITH ALBRECHT, YIFENG MEI, KENNETH PEACOCK, BETH SANCHEZ, and Zachary Hollenkamp

*Plaintiff(s)*

v.

FUNFLY PTE. LTD, a Singapore limited company, and
LOOTBAR PTE. LTD, a Singapore limited company,

*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.  3:26-cv-5144  LJC

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FUNFLY PTE. LTD.
600 NORTH BRIDGE ROAD #04-01
PARKVIEW SQUARE SINGAPORE,
Central Singapore (SG-01), 188778 SINGAPORE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  WALL & SON
William J. Wall, State Bar No. 203970
wwall@wall-law.com
26895 Aliso Creek Rd. #B-110
Aliso Viejo, CA 92656
Telephone: (949) 387-4300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B.Busby*

Date:        06/02/2026

*Signature of Clerk or Deputy Clerk*